DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 









                                                NO.
12-06-00036-CV

 

IN THE COURT OF APPEALS 

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER,
TEXAS

DOYLE PATTON,    §                      APPEAL
FROM THE

APPELLANT

 

 

V.        §                      COUNTY
COURT AT LAW #2

 

LUMLOG,
INC., OSCAR STILL

AND
HARRY RAWLS,

APPELLEES §                      GREGG
COUNTY, TEXAS

                                                                                                        
                                                   

MEMORANDUM OPINION

PER
CURIAM

            Appellant and Appellee have filed a joint motion to
dismiss this appeal.  In their motion,
the parties represent that they have reached an agreement that disposes of all
issues presented for appeal.  Because the
parties have met the requirements of Texas Rule of Appellate Procedure
42.1(a)(1), the motion is granted, and the appeal is dismissed.

            Opinion delivered May 24, 2006.       

            Panel consisted of Worthen, C.J., Griffith, J., and DeVasto,
J.

 

 

 

 

 

(PUBLISH)